IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JUSTIN LEE WARD                                                              PLAINTIFF

v.                              No. 3:11-cv-129-DPM

COMMISSIONER OF
SOCIAL SECURITY                                                              DEFENDANT

JUDGMENT

Ward's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2011